UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| BANCINSURE, INC., | ) | 3:13-CV-0302-LRH-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | DATED: December 13, 2013 |
| | ) | |
| JAMES MICHAEL JACOBS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk:   Lisa Mann        Court Reporter:   FTR

Counsel for Plaintiff(s):   Andrew Downs (By telephone)

Counsel for Defendant(s):   James Jacobs and (By telephone) Charlie Glenn, Joel Hogue, Richard McCole, Daniel Dykes and Byron Waite

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

9:05 a.m.  Court convenes.

The Court and the parties discuss the interim status report (#62).

The parties are directed to have both the ESI protocol and proposed protective order finalized and filed by no later than the close of business on **Friday, January 3, 2014**.

The Court advises the parties because this case and the *FDIC v. James Michael Jacobs, et al.,* 3:13-CV-0084-RCJ-VPC case are consolidated for the purpose of conducting a settlement conference on February 13, 2014, the Court will determine, at the 9:30 a.m. case management conference, the requirements for FDIC's client representation at the consolidated settlement conference which will apply in both this and the FDIC case.

Mr. Downs advises that local counsel for plaintiff has switched firms and a substitution of counsel will be filed forthwith.

BancInsure, Inc. v. James Michael Jacobs, et al.
3:13-CV-0302-LRH-VPC
December 13, 2013
Page 2

      Mr. Downs further advises that plaintiff has changed it name to Red Rock Insurance Company.

      IT IS SO ORDERED.

9:17 a.m.  Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By:_____/s/_____
                                          Lisa Mann, Deputy Clerk