```
                    FILED          RECEIVED
           _____ ENTERED  _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

                    JAN 1 6 2014

                  CLERK US DISTRICT COURT
                   DISTRICT OF NEVADA
           BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BANCINSURE, INC.

    Plaintiff,

vs.

JAMES M. JACOBS, CHARLIE GLENN, DANIEL DYKES, BYRON WAITE, RICHARD MCCOLE, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF CARSON RIVER COMMUNITY BANK, AND FRANKLIN M. BISHOP,

    Defendants.

Case No.: 3:13-CV-00302-LRH-VPC

## ORDER

This matter before the Court regarding the proposed Joint Stipulated Protective Order, and for good cause shown, it is ordered that each of the parties and their respective counsel shall be governed by the terms and conditions of the attached Joint Stipulated Protective Order regarding the production of confidential information.

IT IS SO ORDERED on this 16th day of January, 2014.

_____
United States Magistrate Judge