UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

```
FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
         COUNSEL/PARTIES OF RECORD

            JAN 1 6 2014

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

BANCINSURE, INC.

    Plaintiff,

vs.

Case No.: 3:13-CV-00302-LRH-VPC

JAMES M. JACOBS, CHARLIE GLENN, DANIEL DYKES, BYRON WAITE, RICHARD MCCOLE, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF CARSON RIVER COMMUNITY BANK, AND FRANKLIN M. BISHOP,

Defendants.

## ORDER

This matter before the Court regarding the proposed Joint Stipulated Protective Order, and for good cause shown, it is ordered that each of the parties and their respective counsel shall be governed by the terms and conditions of the attached Joint Stipulated Protective Order regarding the production of confidential information.

IT IS SO ORDERED on this 16th day of January, 2014.

_____
United States Magistrate Judge