```
____ RECEIVED      ____ FILED
____ ENTERED       ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JAN 1 6 2014

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BANCINSURE, INC.

    Plaintiff,

vs.

JAMES M. JACOBS, CHARLIE GLENN, DANIEL DYKES, BYRON WAITE, RICHARD MCCOLE, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF CARSON RIVER COMMUNITY BANK, AND FRANKLIN M. BISHOP

**Defendants.**

Case No.: 3:13-CV-00302-LRH-VPC

### ORDER

This matter before the Court regarding the proposed Joint Stipulated Protocol for the Production of Electronically Stored Information ("Protocol"), and for good cause shown, it is ordered that each of the parties and their respective counsel shall be governed by the terms and conditions of the attached Protocol concerning the production of electronically stored information.

IT IS SO ORDERED on this 16th day of January, 2014.

_____
United States Magistrate Judge