_____ RECEIVED
_____ ENTERED        _____ SERVED ON
               COUNSEL/PARTIES OF RECORD

**JAN 1 6 2014**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BANCINSURE, INC.

      Plaintiff,

vs.

JAMES M. JACOBS, CHARLIE GLENN,
DANIEL DYKES, BYRON WAITE,
RICHARD MCCOLE, FEDERAL DEPOSIT
INSURANCE CORPORATION, AS
RECEIVER OF CARSON RIVER
COMMUNITY BANK, AND FRANKLIN M.
BISHOP

**Defendants.**

Case No.:  3:13-CV-00302-LRH-VPC

## ORDER

This matter before the Court regarding the proposed Joint Stipulated Protocol for the Production of Electronically Stored Information ("Protocol"), and for good cause shown, it is ordered that each of the parties and their respective counsel shall be governed by the terms and conditions of the attached Protocol concerning the production of electronically stored information.

IT IS SO ORDERED on this _16th_ day of _January_, 2014.

_____
United States Magistrate Judge

14424061_1.DOC