UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| BANCINSURE, INC., ) | 3:13-CV-0302-LRH-VPC | |
| ) | | |
| Plaintiff(s), ) | **MINUTES OF PROCEEDINGS** | |
| ) | | |
| vs. ) | DATED: January 16, 2014 | |
| ) | | |
| JAMES MICHAEL JACOBS, et al., ) | | |
| ) | | |
| Defendant(s). ) | | |
| ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Deputy Clerk:        Lisa Mann         Court Reporter:        FTR
Counsel for Plaintiff(s):      Andrew Downs (By telephone)
Counsel for Defendant(s):James Michael Jacobs, Joel Hogue, Gregory Wilson, and (By telephone)
                               Charlie Glenn, Richard McCole, Daniel Dykes, Byron Waite, and Robert
                               Staley

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

9:15 a.m.  Court convenes.

   The Court addresses the parties regarding the purpose of this hearing.

   The Court approves and signs the parties' stipulated protective order and ESI protocol in open court.

   The Court and the parties discuss the upcoming settlement conference.  Having heard from the parties and good cause appearing, the Court finds it shall suspend the requirement of this Court's order scheduling settlement conference (#56) that the parties exchange demands and offers prior to the settlement conference.  The Court notes the parties advise they will conduct some depositions prior to the settlement conference; otherwise, all parties are ready to proceed with the two-day settlement conference commencing at 9:00 a.m. on Thursday, February 13, 2014.

   IT IS SO ORDERED.

9:32 a.m.  Court adjourns.

                                                                LANCE S. WILSON, CLERK
                                                                By:           /s/
                                                                   Lisa Mann, Deputy Clerk