Andrew B. Downs, Nevada Bar No. 8052
E-Mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Loren D. Podwill, *pro hac vice*
E-Mail:  loren.podwill@bullivant.com
Margaret M. Van Valkenburg, *pro hac vice*
E-Mail:  megge.vanvalkenburg@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Ave.
Portland, Oregon  97204
Telephone:  503.228.6351
Facsimile:  503.295.0915

Kristol Bradley Ginapp, Nevada Bar No. 8468
E-Mail:  kristol.ginapp@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
Telephone:  702.893.3383
Facsimile:  702.893.3789

Attorneys for Plaintiff Red Rock Insurance Company,
formerly known as BancInsure, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANCINSURE, INC., an Oklahoma corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES M. JACOBS, an individual; CHARLIE GLENN, an individual; DANIEL DYKES, an individual; BRYON WAITE, an individual; and RICHARD MCCOLE, an individual,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 3:13-cv-00302-RCJ-VPC |

**MONTHLY JOINT STATUS REPORT**

The undersigned parties submit the following joint status report:

**1. DISCOVERY**

The parties have completed four depositions, as follows:

    Rhonda Ballare, January 16, 2014

    Faith Cox, January 30, 2014

    Alan Reed, February, 5, 2014

    Denise Rudnick, February 5, 2014

No depositions are presently on calendar, but counsel for the FDIC and Red Rock are continuing to discuss the schedule going forward.

**2. OTHER BUSINESS**

None at this time.

DATED: February 11, 2014

        BULLIVANT HOUSER BAILEY PC
        LEWIS BRISBOIS BISGAARD & SMITH LLP


        By  /s/ Andrew B. Downs
           Andrew B. Downs
           Nevada Bar No. 8052
           601 California Street, Suite 1800
           San Francisco, California  94108
           Telephone: 415.352.2700
           Facsimile: 415.352.2701

           Loren D. Podwill
           Margaret M. Van Valkenburg
           300 Pioneer Tower
           888 S.W. Fifth Ave.
           Portland, Oregon  97204
           Telephone:  503.228.6351
           Facsimile:  503.295.0915

           Kristol Bradley Ginapp
           Nevada Bar No. 8468
           6385 S. Rainbow Blvd., Ste. 600
           Las Vegas, Nevada  89118
           Tel:  702.893.3383
           Facsimile:  702. 893.3789

        Attorneys for Plaintiff Red Rock Insurance
        Company, formerly known as BancInsure, Inc.

Bullivant|Houser|Bailey PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

1  DATED: February 11, 2014

2                  SPROUSE SHRADER SMITH P.C.

4                  By  */s/ Joel R. Hogue (by e-mail auth. ABD)*

5                      Joel R. Hogue
                    701 S. Taylor, Suite 500
                    Amarillo, Texas  79105

6                      Tel: 806.468.3300
                    Fax: 806.373.3454

8  Attorneys for Defendant in Intervention and Counterclaimant Federal Deposit Insurance Corporation

10  DATED: February 11, 2014

11                  MCDONALD CARANO WILSON LLP
                EPSTEIN ENGLERT STALEY & COFFEY

14                  By  */s/ Lucas M. Foletta (by e-mail auth. ABD)*
                    Lucas M. Foletta
                    100 W. Liberty St., 10th Floor
                    Reno, Nevada  89501
                    Tel: 775.788.2000
                    Fax: 775.788.2020

17  Attorneys for Defendant Franklin Bishop

18  DATED: February 11, 2014

20                  */s/ James M. Jacobs (by e-mail auth. ABD)*
                  James M. Jacobs
                  PO Box 122
                  Genoa, Nevada  89411
                  Tel: 775.720.9716

23  Defendant in *pro se*

Bullivant|Houser|Bailey PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

DATED: February 11, 2014

/s/ Charlie Glenn (by e-mail auth. ABD)
Charlie Glenn
904 N Cottage St.
Porterville, California 93257
Tel: 775.835.3325

Defendant in *pro se*

DATED: February 11, 2014

/s/ Daniel Dykes (by e-mail auth. ABD)
Daniel P. Dykes
PO Box 693
Genoa, Nevada 89411
Tel: 775.783.8364

Defendant in *pro se*

DATED: February 11, 2014

/s/ Richard McCole (by e-mail auth. ABD)
Richard McCole
1760 Ironwood Dr.
Minden, Nevada 89423

Defendant in *pro se*

DATED: February 11, 2014

/s/ Byron Waite (by e-mail auth. ABD)
Byron Waite
1215 W Cottage Loop
Gardnerville, Nevada 89460

Defendant in *pro se*

*****

14484689.1

Bullivant|Houser|Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701