Andrew B. Downs, Nevada Bar No. 8052
E-Mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Loren D. Podwill, *pro hac vice*
E-Mail: loren.podwill@bullivant.com
Margaret M. Van Valkenburg, *pro hac vice*
E-Mail: megge.vanvalkenburg@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Ave.
Portland, Oregon 97204
Telephone: 503.228.6351
Facsimile: 503.295.0915

Kristol Bradley Ginapp, Nevada Bar No. 8468
E-Mail: kristol.ginapp@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Plaintiff Red Rock Insurance Company, formerly known as BancInsure, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANCINSURE, INC., an Oklahoma corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JAMES M. JACOBS, an individual; CHARLIE GLENN, an individual; DANIEL DYKES, an individual; BRYON WAITE, an individual; and RICHARD MCCOLE, an individual,<br><br>　　　　　　　Defendants. | Case No.: 3:13-cv-00302-RCJ-VPC |
| AND RELATED COUNTERCLAIM | |

**MONTHLY JOINT STATUS REPORT**

– 1 –

The undersigned parties submit the following joint status report:

**1.  DISCOVERY**

The parties have completed six depositions, as follows:

      Rhonda Ballare, January 16, 2014

      Faith Cox, January 30, 2014

      Alan Reed, February, 5, 2014

      Denise Rudnick, February 5, 2014

      William Hess, April 1, 2014

      Barbara Ewing, April 3, 2014

The following depositions will take place before the April 18 Monthly Status Conference:

      Dan Dykes, April 16, 2014 (Carson City)

      Julie Kidd, April 17, 2014 (Carson City)

Red Rock and the FDIC are in the process of setting the deposition of former BancInsure employee Debbie Tebbe, most likely for late May in the vicinity of San Antonio, Texas.  They have also begun preliminary discussions regarding further depositions to be taken, most likely in June.

**2.  RED ROCK PROPOSAL TO PHASE MOTION PRACTICE AND MODIFY THE DISCOVERY PLAN**

    (a)    Red Rock's Position

Red Rock proposes to modify the scheduling order by phasing motion practice and moving expert disclosures and any expert discovery until after the Court has ruled on contemplated dispositive motions.

Red Rock sees three issues as probable subjects of motions under Rule 56, but depending on how the Court rules on certain issues, other issues may become moot.  In an effort to simplify the litigation, reduce discovery costs and potentially relieve the court of the burden of considering motions on issues that may become moot, it proposes the following:

– 2 –

        (i)       Phase 1 Motions (due August 15, 2014).

These motions will address the applicability and interpretation of Exclusion V.A.21. of the BancInsure EPLI policy, more commonly known as the "Insured vs. Insured" exclusion and whether the Carson River Community Bank, the individual Directors and Officers, or the FDIC satisfied the requirements of Section IX, Notice of Claim, of the BancInsure EPLI policy.

        (ii)      Phase 2 Motions (due 45 days after the Court rules on Phase 1 Motions).

These motions will address the merits of the reformation claims made by the FDIC and the individual defendants.

Red Rock proposes that discovery be phased as well. Phase 1, non-expert discovery, would have a discovery cutoff of July 15, 2014 (earlier than the existing discovery cutoff) and Phase 2, expert discovery would commence on a date to be set by the Court following ruling on Phase 1 and/or Phase 2 motions. Any final dispositive motions would be due 30 days after the close of expert discovery, with the Pre-Trial Order being due 30 days after the last day to file dispositive motions, or the ruling on the last outstanding dispositive motion, whichever occurs first.

Red Rock's reasoning in making this proposal is (a) the scope of expert testimony is likely to be narrowed by moving it to after the court has ruled upon dispositive, or partially dispositive motion (of course leaving all parties free to present expert evidence in connection with those motions if otherwise admissible); and (b) in other cases pending between the FDIC and Red Rock, the phasing of motion practice has made for clearer and more manageable motion practice.[1] Red Rock does not agree with the FDIC that every issue in dispute needs to be resolved in order for a final judgment to be entered. Rulings on certain issues may render other issues moot.

---

[1] For example, *Hawker v. BancInsurance [sic]*, Eastern District of California No. 1:12-cv-01261-SAB in which the court opted to hear dispositive motions in phases, with the Insured vs. Insured exclusion issue being decided first.

(b)     The FDIC

While the FDIC favors trying to find ways to efficiently and economically resolve issues in the case, it has concerns about BancInsure's proposal.  In order to preserve all issues for appeal, it will be necessary to obtain a final judgment on all issues.  Proceeding in piecemeal fashion as Red Rock suggests risks the unintended consequence of other issues not being preserved for appeal.  It also appears that Red Rock's proposal would necessitate a change to the current scheduling order.

The FDIC also believes there is overlap between the issues regarding the insured vs. insured clause and the FDIC's claim for reformation and thinks the two cannot be considered separately.  The FDIC therefore objects to changing the scheduling order as proposed by Red Rock.

**3.      POSSIBLE DISCOVERY MOTION PRACTICE**

Red Rock is in the midst of the meet and confer process with the FDIC and the individual defendants, other than Jacobs, regarding those parties' responses to Red Rock's requests for production of documents.  The discussions are ongoing and Red Rock and the FDIC would appreciate being given the opportunity to discuss these issues informally with the court at the April 18 Case Management Conference.  Counsel for Red Rock and the FDIC both intend to appear in person at that conference.

DATED:  April 15, 2014

        BULLIVANT HOUSER BAILEY PC
        LEWIS BRISBOIS BISGAARD & SMITH LLP


By  */s/ Andrew B. Downs*
    Andrew B. Downs
    Nevada Bar No. 8052
    601 California Street, Suite 1800
    San Francisco, California  94108
    Telephone: 415.352.2700
    Facsimile: 415.352.2701

    Loren D. Podwill
    Margaret M. Van Valkenburg
    300 Pioneer Tower
    888 S.W. Fifth Ave.
    Portland, Oregon  97204
    Telephone:  503.228.6351
    Facsimile:  503.295.0915

    Kristol Bradley Ginapp
    Nevada Bar No. 8468
    6385 S. Rainbow Blvd., Ste. 600
    Las Vegas, Nevada  89118
    Tel:  702.893.3383
    Facsimile:  702. 893.3789

Attorneys for Plaintiff Red Rock Insurance Company, formerly known as BancInsure, Inc.

– 5 –

DATED:  April 15, 2014

SPROUSE SHRADER SMITH P.C.


By  */s/ Joel R. Hogue (by e-mail auth. ABD)*
 Joel R. Hogue
 Andrew Evans
 701 S. Taylor, Suite 500
 Amarillo, Texas  79105
 Tel:  806.468.3300
 Fax:  806.373.3454

Attorneys for Defendant in Intervention and Counterclaimant Federal Deposit Insurance Corporation

DATED:  April 15, 2014

*/s/ James M. Jacobs (by e-mail auth. ABD)*
 James M. Jacobs
 PO Box  122
 Genoa, Nevada  89411
 Tel:  775.720.9716

Defendant in *pro se*

DATED:  April 15, 2014

*/s/ Charlie Glenn (by e-mail auth. ABD)*
 Charlie Glenn
 904 N Cottage St.
 Porterville, California 93257
 Tel:  775.835.3325

Defendant in *pro se*

DATED:  April 15, 2014

*/s/ Daniel P. Dykes (by e-mail auth. ABD)*
 Daniel P. Dykes
 PO Box 693
 Genoa, Nevada 89411
 Tel:  775.783.8364

Defendant in *pro se*

DATED: April 15, 2014

　　　　　　　　　　　　　　　　　*/s/ Richard McCole (by e-mail auth. ABD)*
　　　　　　　　　　　　　　　　　Richard McCole
　　　　　　　　　　　　　　　　　1760 Ironwood Dr.
　　　　　　　　　　　　　　　　　Minden, Nevada 89423

　　　　　　　　　　　　　　　　　Defendant in *pro se*

DATED: April 15, 2014

　　　　　　　　　　　　　　　　　*/s/ Byron Waite (by e-mail auth. ABD)*
　　　　　　　　　　　　　　　　　Byron Waite
　　　　　　　　　　　　　　　　　1215 W Cottage Loop
　　　　　　　　　　　　　　　　　Gardnerville, Nevada 89460

　　　　　　　　　　　　　　　　　Defendant in *pro se*

14821413.4

　　　　　　　　　　　　　　　　　\*\*\*\*\*

Bullivant|Houser|Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

– 7 –