UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

BANCINSURE, INC.,            )        3:13-CV-0302-RCJ-VPC
                             )
        Plaintiff(s),        )        **MINUTES OF PROCEEDINGS**
                             )
vs.                          )        DATED: April 18, 2014
                             )
JAMES MICHAEL JACOBS, et al.,)
                             )
        Defendant(s).        )
_____)

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk:       Lisa Mann          Court Reporter:       FTR

Counsel for Plaintiff(s):   Andrew Downs

Counsel for Defendant(s):   James Michael Jacobs, Daniel Dykes, and (By telephone) Charlie Glenn,
                            Joel Hogue, Richard McCole, and Byron Waite

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

9:03 a.m.  Court convenes.

   The Court addresses the parties regarding the purpose of this hearing and notes the parties filed a joint case management report (#100).

   The Court confirms the current discovery deadline is July 31, 2014.

   The Court hears from the parties regarding Red Rock Insurance Company's proposal to conduct phase motion practice and modify the discovery plan.

   Having heard from the parties and good cause appearing, the Court finds it shall maintain the current discovery plan and scheduling order (#43).

   The Court hears from the parties regarding potential discovery issues and notes the parties believe they will be able to determine how best to proceed with respect to these discovery issues and will decide if such issues are worth pursuing.

Bancinsure, Inc. V. James Michael Jacobs, et al.
3:13-CV-0302-RCJ-VPC
April 18, 2014
Page 2

      Mr. Hogue advises he intends to file a motion to amend Federal Deposit Insurance Corporation's answer and counterclaim.  Mr. Downs requests that Mr. Hogue circulate the proposed motion to determine if the parties can stipulate to the filing of the amended answer and counterclaim.  The Court encourages the parties to consider stipulating to the proposed motion to amend.

      IT IS SO ORDERED.

9:27 a.m.  Court adjourns.

                                           LANCE S. WILSON, CLERK

                                           By:_____/s/_____
                                              Lisa Mann, Deputy Clerk